Aloysius FIELDS, Appellant,

v.

STATE of Missouri, Respondent.

No. 52117.

Missouri Court of Appeals,
Eastern District,
Division One.

March 24, 1987.

Motion for Rehearing and/or
Transfer Denied
April 23, 1987.

Application to Transfer Denied
June 16, 1987.

James Steward McKay, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Asst. Atty. Gen., Jefferson City, for respondent.

---

ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. The motion challenged his jury conviction for tampering in the first degree, § 569.080(2) RSMo 1986.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).